**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**NORTH POINT RX, LLC**                                                                                      **PETITIONER**

vs.                                                                         **CIVIL ACTION NO. 3:25-CV-00020-KHJ-MTP**

**KEY THERAPEUTICS, LLC, a/k/a KEY
THERAPEUTICS, INC.**                                                                                      **RESPONDENT**

### SUGGESTION OF BANKRUPTCY

The Defendant, Key Therapeutics, LLC, ("Key") hereby informs the Court that on January 15, 2026, at 2:47 PM, Key filed for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Mississippi, Case No. 26-00106. *See* Notice of Bankruptcy, which is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that pursuant to the automatic stay of section 362 of the Bankruptcy Code, 11 U.S.C. § 101, *et seq.*, the commencement or continuation of any judicial, administrative or other actions or proceedings against the Debtor that were or could have been commenced before the filing of the petition, or any act to obtain possession of or exercise control over property of the Debtor, including this action, are stayed.

RESPECTFULLY SUBMITTED, THIS the 15th day of January 2026.

        **KEY THERAPEUTICS, LLC
        a/k/a KEY THERAPEUTICS, INC.**

        BY:   /s/ Mérrida (Buddy) Coxwell
              MÉRRIDA (BUDDY) COXWELL

OF COUNSEL:

MERRIDA (BUDDY) COXWELL (MB# 7782)
COXWELL & ASSOCIATES, PLLC
500 North State Street
Jackson, Mississippi 39201
Telephone: (601) 948-1600
Facsimile: (601) 948-7097
merridac@coxwelllaw.com

CHARLES R. "CHUCK" MULLINS (MB #9821)
MULLINS LAW
1146 Lyncrest Avenue
Jackson, MS 39202-2103
769-216-8373
chuck@chuckmullinslaw.com
   *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  I, Mérrida (Buddy) Coxwell, Attorney for Defendant Key Therapeutics, LLC a/k/a Key Therapeutics, Inc., hereby certify that on this day, I electronically filed the foregoing ***Suggestion of Bankruptcy*** with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of interest.

  This the 15th day of January 2026.

            BY:  _/s/ Mérrida (Buddy) Coxwell_____
                MÉRRIDA (BUDDY) COXWELL