UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NORTH POINT RX, LLC  PLAINTIFF

V.  CIVIL ACTION NO. 3:25-CV-20-KHJ-MTP

KEY THERAPEUTICS, LLC  DEFENDANT

ORDER

Before the Court is Defendant Key Therapeutics, LLC's ("Key") [40] Suggestion of Bankruptcy. Key filed a petition under Chapter 7 of the Bankruptcy Code in the Bankruptcy Court for the Southern District of Mississippi. [40]. That filing automatically stays all judicial proceedings against the debtor that were or could have been commenced before the filing of the petition. 11 U.S.C. § 362(a).

Although the Court closed this case on May 19, 2025, North Point RX, LLC later filed post-judgment motions. *See* Mot. for Contempt [29]; Mot. for Sanctions [30]. The Court deferred ruling on the [29, 30] Motions until the parties completed post-judgment discovery. *See* 12/17/2025 Text Only Order. Given the [40] Suggestion, the Court will stay the disposition of those [29, 30] Motions until the bankruptcy stay is lifted.

Should further proceedings become necessary or desirable after the bankruptcy automatic stay is lifted, any party may move to lift the stay here, and the Court will adjudicate the pending [29, 30] Motions.

2

IT IS, THEREFORE, ORDERED, that the Court stays the disposition of the [29, 30] Motions.

SO ORDERED, this 22nd day of January, 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE
